UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JESSICA KARIM, *on behalf of herself and all other persons similarly situated*,

                Plaintiff,

v.

BELLA ELLA BOUTIQUE, LLC,

                Defendant.

24-CV-3240 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On May 1, 2024, the Court ordered the parties to meet and confer regarding settlement within 30 days of service of the summons and complaint, and within 15 additional days, to submit a joint letter requesting either (1) referral to mediation or a magistrate judge, or (2) an initial status conference. *See* Dkt. 5. To date, no letter has been filed.

The parties shall submit their joint letter no later than July 9, 2024. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    June 25, 2024
            New York, New York

                                                Ronnie Abrams
                                                United States District Judge